# KLINGEMAN CERIMELE
### ATTORNEYS

60 Park Place
Suite 1100
Newark, NJ 07102
klingemanlaw.com

May 11, 2020

Honorable John M. Vazquez
United States District Judge
United States District Court
United States Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

   Re: <u>United States v. Healy, et al (Thomas Zimmerman)</u>
      Crim. No. 18-703 (JMV)

Dear Judge Vazquez:

 I represent Defendant Thomas Zimmerman. My approved budget for 2020 includes use of associate services. In the request to Your Honor and the Third Circuit, we mentioned one of my associates by name (Ernesto Cerimele), but not the other (James Crudele). Given the volume of discovery and other work here, I would like to use Mr. Crudele to assist me, provided I do not exceed the associate budget and neither Mr. Crudele nor Mr. Cerimele nor I perform any duplicative work.

 I explained this to Third Circuit Case Budgeting Attorney Renee Hurtig Edelman (copied), who is fine with it, but recommended that I notify Your Honor and provide a copy of Mr. Crudele's resume, which is enclosed.

 I will also confer with CJA staff at the Clerk's Office (copied) to ensure we invoice this via eVoucher correctly.

 Thank you for your kind attention.

          Respectfully submitted,

          HENRY E. KLINGEMAN

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 5/14/2020

cc: Renee Hurtig Edelman, Esq. (via email)
   Court Services Manager Michelle Bilardo (via email)
   Court Services Specialist James Quinlan (via email)