**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** February 8, 2022
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa Larson

**TITLE OF CASE:**

**DOCKET #   18-703**

UNITED STATES OF AMERICA
        vs.

Michael Healy

**APPEARANCES:**

Robert Frazer, AUSA
Nazzneen Kahn, AUSA
Steven Turano, Esq.
Thomas Ambrosio, Esq.
Brandon Minde, Esq. *
John Whipple, Esq.
Gary Mizzone, Esq.
Michele Adubato, Esq.
Henry Klingeman, Esq.
Kenneth Kayser, Esq.
Thomas Ashley, Esq.
Roy Greenman, Esq.

**Nature of Proceedings:**     STATUS TELEPHONE CONFERENCE

Status conference held on the record.
Counsel to submit further information under seal to the court as to continued need of learned counsel.

**Time Commenced:** 1:30
**Time Adjourned:**  2:00
**Total Time:**   30 min

                                                  RoseMarie Olivieri
                                                SENIOR COURTROOM DEPUTY