

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

April 14, 2022

<u>By E-mail and ECF</u>

The Hon John Michael Vazquez
District Court Judge
United States Courthouse and Post Office
Newark, New Jersey 07102

   Re: U.S. v. Thomas Zimmerman, Crim. No. 18-703

Dear Judge Vazquez:

  As the Court directed, the Government writes to address its position on defendant's request for additional library time at the Essex County Correctional Facility (Dkt. No. 142, filed April 13, 2022). The Government has no opposition to defendant's request.

           Very truly yours,

           PHILIP R. SELLINGER
           United States Attorney

           */s/ Robert Frazer*

           By: Robert Frazer
           Assistant U.S. Attorney

cc. Thomas R. Ashley, Esq.
**BY EMAIL**