**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Plaintiff,* | : | Crim. No. 18-703 |
| v. | : | |
| | | **ORDER** |
| THOMAS ZIMMERMAN, | : | |
| *Defendant.* | : | |

    This matter having been brought before the Court by way of an informal letter-motion by co-counsel for Defendant Thomas Zimmerman for greater access to the law library at the Essex County Correctional Facility where he is housed, and the Court having considered and granted, subject to conditions, similar relief sought by co-defendant Tyquan Daniels in an Opinion & Order filed in this case on November 9, 2020 (filed Document 92), the government not opposing either motion, the case being complex and the volume of discovery already provided in this case being extraordinary, and for those reasons and for good cause shown,

    It is on this ___14th___ day of April, 2022, hereby

    **ORDERED** that Defendant Zimmerman's motion for additional access to the ECCF law library is GRANTED; and it is further

    **ORDERED** that Defendant Zimmerman shall be granted no less than six (6) hours per day of access to the ECCF law library subject to reasonable conditions at the ECCF. For

example, if the ECCF is on a safety lockdown, the ECCF shall not have to grant Defendant Zimmerman access to the law library while the lockdown is in effect.

                                                                                                                  _____

                                                                                                     John Michael Vazquez, U.S.D.J.