Thomas Zimmerman, Reg. # 71672-050(C-2-228)
USP Canaan
P.O. Box 300
Waymart, Pennsylavania 18472-300

US District Clerk's Office
50 Walnut Street, Room 4015
Newaerk, New jersey 07102          March 3, 2025

Re: Copy 28 USC 2255 Habeas Corpus Form/ Criminal Docketing Statement in US v. Zimmerman, case # 2:18-cr-703.

Dear Lady Clerks:
        I would like and request a full and complete COPY of:

1) 2255 Form used by this Court; and

2) Criminal Docketing Statement.

    I thank you ladies for sending me a COPY of the (above) documents at the (above) address. Again, I thnak you ladies.

Sincerely yours,

x [signature]
Thomas Zimmerman